UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-409 (RBW) |
| ) | |
| GORDON R. ENGLAND, Secretary, ) | |
| Department of the Navy ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On March 6, 2006, the plaintiff filed this action alleging discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. (2000), as well as several violations of the Family and Medical Leave Act of 1993, 29 U.S.C. §§ 2601 et seq. (2000), and the District of Columbia Family and Medical Leave Act, D.C. Code §§ 32-501 et seq. (2001). However, since filing the complaint, the plaintiff has made no effort to pursue prosecuting the above-captioned case. Accordingly, it is hereby

**ORDERED** the plaintiff shall show cause by August 18, 2006, why this case should not be dismissed for want of prosecution. Failure to respond to this order will result in the above-captioned case being dismissed.

**SO ORDERED** this 7th day of August, 2006.

REGGIE B. WALTON
United States District Judge