UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MARY E. WILLIAMS,
    Plaintiff,
v.                                    Civil Action No. 06 0409
                                                            RBW
GORDON R. ENGLAND, Secretary,
    DEPARTMENT OF THE NAVY,
    Defendant.

_____

## Order

Upon Consideration of Ms. Williams' Motion to Extend the Time for Service of Summons and Complaint through August 25, 2006, any response and a review of the file, it appears that the Motion should be and hereby is GRANTED.

It is hereby ORDERED, ADJUDGED AND DECREED, that the time for Service of Ms. Williams' Summons and Complaint on Defendant is extended through August 25, 2006.

SO ORDERED, this ____ day of _____, 2006.


_____
Reggie B. Walton
United States District Judge