```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
_____

MARY E. WILLIAMS,
      Plaintiff,
v.                                  Civil Action No. 06 0409
                                                     RBW
GORDON R. ENGLAND, Secretary,
      DEPARTMENT OF THE NAVY,
      Defendant.
_____
```

## DECLARATION OF SERVICE OF PROCESS

I, Jacqueline Carter, of 4807 Lee Hwy, Apt. 3, Arlington, VA 22205, hereby certify that I am over 18 years of age and not a party to this cause.

I certify that on June 30, 2006, I served a copy of the Summons on Defendant by personal service to Gordon England, Secretary, Department of the Navy, by his designated agent Lynn Blevins c/o Sheila Morris, Navy Litigation Office, at Washington Navy Yard, 901 M. Street, S.E., Washington, D.C. 20374, at 10:41 a.m. Inadvertantly, a copy of the Complaint was not included in this service.

The U.S. Attorney, at 501 3rd St., NW, Washington, D.C. 20001, had changed addresses because of flooding and was not readily available for hand delivery of the Complaint.

The Summonses were also sent by second-day mail delivery (certified, return-receipt requested) on June 30, 2006 to the U.S. Attorney (received 7/3/06, as per the attached return receipt) and the U.S. Attorney General, at U.S. Attorney General, DOJ, 950 Pennsylvania Ave., NW, Washington, D.C.

20350.  Again, inadvertantly, a copy of the Complaint was not included in this mailing.

I hereby state the foregoing is true and correct under penalty of perjury.  Executed this 18th day of August, 2006.

      /s/

      _____
      Jacqueline Carter

Case 1:06-cv-00409-RBW    Document 3-3    Filed 08/18/2006    Page 3 of 3