UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MARY E. WILLIAMS,
    Plaintiff,
v.                                    Civil Action No. 06 0409
                                                                                      RBW

GORDON R. ENGLAND, Secretary,
    DEPARTMENT OF THE NAVY,
    Defendant.
_____

DECLARATION OF SERVICE OF PROCESS

      I, Sharon Jenkins, process server, hereby certify that I am over 18 years of age and not a party to this cause.

      I certify that on July 17, 2006, I have a copy of the Complaint and Summons on Defendant Gordon R. England, Secretary of the Navy by personal service to Lynn Blevins, Navy Litigation Office, at Washington Navy Yard, 901 M. Street, S.E., Washington, D.C.  20374.

      I also sent a copy of the complaint and summons on July 17, 2006 by certified mail, return receipt requested to each of (1) U.S. Attorney, Civil Process Clerk at 501 3rd St., NW, Washington, DC  20001 and (2) U.S. Attorney General, DOJ, 950 Pennsylvania Ave., NW, Washington, D.C.  20350.  A copy of the stub for each of these these mailings, date stamped for July 17, 2006 is attached hereto.

      I hereby state the foregoing is true and correct under penalty of perjury.  Executed this 17th day of August, 2006.

/s/

_____
Sharon Jenkins
1111 20th Street, NW
Washington, D.C.  20526

Case 1:06-cv-00409-RBW     Document 3-4     Filed 08/18/2006     Page 3 of 3