



Exhibit A