```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____

MARY E. WILLIAMS,
     Plaintiff,
v.                                      Civil Action No. 06 0409
                                                          RBW
GORDON R. ENGLAND, Secretary,
     DEPARTMENT OF THE NAVY,
     Defendant.
_____
```

### Ms. Williams' Statement of Cause In Response to Order to Show Cause to Show Prosecution of this Case

1. Ms. Williams has filed her complaint in this matter.

2. Within the normal time permitted for service of process on Defendant, Ms. Williams served the Defendant, the Secretary of the Navy, (and the United States Attorney and the Attorney General of the United States) with a copy of the Summons in this case.

3. Inadvertantly, a copy of the complaint was not included in the service.

4. Recognizing the inadvertant error, Ms. Williams has obtained reissued summons' and has served the Defendant by sending certified mail to the Defendant (and the United States Attorney and the Attorney General of the United States) on August 17, 2006.  See Motion to Extend Time, Declaration of Service of Process (of Sharon Jenkins).

Ms. Williams has also served the Defendant personally,

through his designated agent on August 17, 2006.  See Declaration of Service of Process (of Sharon Jenkins).

    5. Ms. Williams has respectfully moved to extend the time for said service, pursuant to her "Motion to Extend the Time for Service of Summons and Complaint on Defendant through August 25, 2006."

    Wherefore, Premises Considered, Ms. Williams has filed her complaint and made efforts to serve defendant(s) within the time for service.  When the defect in service was recognized, Ms. Williams obtained reissued summons' and perfected service, while requesting an enlargement of time for that service.

    Wherefore, Ms. Williams has attempted service and now served defendant and requested an enlargement of time for this.  Therefore, this action has been prosecuted. For good cause shown, Ms. Williams respectfully requests this case not be dismissed, that her accompanying motion to enlarge time be granted and that this case may proceed to decision on the merits.

August 18, 2006

Respectfully submitted,

/s/
_____
Brian C. Plitt, Attorney at Law
1239 C. St., SE, Ste. 4
Washington, D.C.  20003
202) 546-5493

                                        Attorney for Ms. Mary Williams

Case 1:06-cv-00409-RBW    Document 4    Filed 08/18/2006    Page 3 of 4

                                        Attorney for Ms. Mary Williams

Case 1:06-cv-00409-RBW    Document 4    Filed 08/18/2006    Page 4 of 4