```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____

MARY E. WILLIAMS,
     Plaintiff,
v.                                   Civil Action No. 06 0409
                                                      RBW
GORDON R. ENGLAND, Secretary,
     DEPARTMENT OF THE NAVY,
     Defendant.
_____
```

ORDER

Upon Consideration of Ms. Williams' Statement of Cause in Response to Order to Show Cause to Show Prosecution of this Case, any response and a review of the file, it appears that sufficient cause is not shown at this time for dismissal of this action.

SO ORDERED, this ____ day of _____, 2006.

_____
Reggie B. Walton
United States District Judge