UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. WILLIAMS,<br><br>        Plaintiff,<br><br>        v.<br><br>GORDON R. ENGLAND, Secretary,<br>Department of the Navy<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-409 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On March 6, 2006, the plaintiff filed this action alleging discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. (2000), as well as several violations of the Family and Medical Leave Act of 1993, 29 U.S.C. §§ 2601 et seq. (2000), and the District of Columbia Family and Medical Leave Act, D.C. Code §§ 32-501 et seq. (2001).  On August 7, 2006, the Court issued an Order directing the plaintiff to show cause by August 18, 2006, why the case should not be dismissed for want of prosecution.  On August 18, 2006, the plaintiff filed a response to the Court's Order and a motion for an extension of time in which to serve process on the defendant.  In these filings, the plaintiff represented that she has attempted to serve the summons and the complaint on the Office of the United States Attorney, the United States Attorney General, and the Secretary of the Navy, and requested "out of an abundance of caution" that she be given an enlargement of time until August 25, 2006, to effect service on the defendant.  Ms. Williams' Motion to Extend the Time for Service of Summons and Complaint on Defendant Through August 25, 2006 at 3-4.  The Court granted the plaintiff's

motion. Nevertheless, it does not appear from the case docket that service has since been effected upon the defendant, nor has the plaintiff made any further attempt to pursue prosecution of the case or to inform the Court as to the reasons for her failure to serve the defendant. Accordingly, it is hereby

**ORDERED** the plaintiff shall show cause by November 3, 2006, why this case should not be dismissed for want of prosecution. Failure to respond to this order <u>will</u> result in the above-captioned case being dismissed.

**SO ORDERED** this 20th day of October, 2006.

REGGIE B. WALTON<br>
United States District Judge