IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| MARY E. WILLIAMS <br> 9731 Good Luck Road, Apt. 6 <br> Lanham, MD 20706 <br><br> Plaintiff, <br><br> v. <br><br> GORDON R. ENGLAND, SECRETARY OF THE NAVY, <br> 1000 Navy Pentagon, <br> Washington DC 20350-1000 <br><br> Defendant. | Case No.: 06-0409-RBW |

### DECLARATION OF RICHARD H. GREENBERG

1. I am the Senior Associate Counsel Naval District Washington (Civilian Personnel and BUMED). In this capacity, I am familiar with the Equal Employment Opportunity complaint process at NIMC as well as with the system by which those records are maintained.

2. Mary Williams was employed by NIMC in its location in Bethesda, MD.

3. Ms. Williams' employment records in the form of local personnel files were maintained by her supervisors at NIMC, and her Official Personnel Folder ("OPF") was maintained at the Department of the Navy, Human Resources Service Center ("HRSC") Northwest, located in Silverdale, Washington. No

relevant employment records of Plaintiff are maintained in Washington, D.C.

4. The local personnel file typically includes a copy of the most recent performance appraisal, any disciplinary notices, training records and copies of forms indicating a grade increase. It may also include a supervisor's notes and memoranda regarding an employee's performance or conduct. The Official Personnel Folder is a government-wide file that follows the employee from agency to agency. Upon separation of an employee, it is sent to the National Archives Center in St. Louis, Missouri. The OPF includes life insurance information, the Declaration for Federal Employment, the signed oath of office, all Standard Form 50's ("Notice of Personnel Action") and legal notices such as change of name.

5. Ms. Williams' duty station at all times during her employment at NIMC was located in Bethesda, Maryland.

6. All of Ms. Williams' assignments were made at Bethesda, Maryland.

7. **All of the employment decisions including the decision to remove Ms. Williams' from her duties were made by management at Bethesda, Maryland.**

8. Except for certain clerical functions, such as docketing, all actions related to the counseling, filing and processing of Ms. Williams' EEO complaint were handled in Bethesda, Maryland. Therefore, the only records maintained at the Washington Navy Yard in the District of Columbia were records related to

processing of Ms. Williams' EEO complaint, which are not employment records.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of October, 2006.

*/signed/*
RICHARD H. GREENBERG, ESQ.
Senior Associate Counsel NDW (Civilian Personnel & BUMED)
NNMC, 8901 Wisconsin Ave.
Bldg.1, 5th floor, Bethesda, MD 20889