October 3, 2006

Receipt of Service of Process

My name is Lynn Blevins. I am Litigation Associate at the

Navy Litigation Office
Washington Navy Yard
901 M. Street, S.E.
Washington, D.C. 20374.

On August 24, 2006, The Secretary of the Navy received the summons and complaint by certified mail return receipt requested (7006 0810 0002 9631 7327) and signed and dated the return receipt (attached).

The Navy anticipates responding within 60 days to this service of process. I can be reached at 685-6967.

Sincerely,

Lynn Blevins

Re: Williams v. England; Civ. 06 0409 RBW
    USDC

OCT 3 2006

LYNN H. BLEVINS

ADMINISTRATIVE ASSISTANT

TO THE GENERAL COUNSEL

EXHIBIT A



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( _Printed Name_ )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>U.S. Attorney<br>501 3rd St., N.W.<br>Washington, D.C. 20530<br>(Mary Williams Complaint) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>_[stamp]_ AUG 3 0 2006<br><br>3. Service Type  RRR<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0002 9631 7303 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( _Printed Name_ )   C. Date of Delivery<br>AUG 2 1 2006 |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>D.O.J.<br>950 Pennsylvania Ave., NW<br>Washington DC 20530<br>(Mary Williams Complaint) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type  RRR<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0002 9631 7310 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

Exhibit B