```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
_____

MARY E. WILLIAMS,
     Plaintiff,
v.                                     Civil Action No. 06 0409
                                                            RBW
GORDON R. ENGLAND, Secretary,
     DEPARTMENT OF THE NAVY,
     Defendant.
_____
```

Motion for Enlargement and Leave to File Ms. Williams' Statement of Cause In Response to Order to Show Cause to Show Prosecution of this Case and Motion to Extend the Time for Service of Summons and Complaint on Defendant through August 30, 2006

1. This Court had Ordered Ms. Williams to Show Cause to Show Prosecution of this Case by Nov. 3, 2006.

2. Counsel has been extensively and regretfully involved in family health matters all of this and last week.

3. The pleadings above were completed Nov. 3, 2006, but were unexpectedly delayed in filing with formatting issues. As a result, both pleadings were filed in the early minutes of Nov. 4, 2006. Because of the unexpected formatting issues, it was not possible to file a prospective motion for enlargement.

WHEREFORE, PREMISES CONSIDERED, Ms. Williams regrets the delay in filing these pleadings and respectfully requests leave to file the above pleadings and an enlargement of one day for said filings.

Respectfully submitted,

Nov. 4, 2006

/s/
_____
Brian C. Plitt, Attorney at Law
1239 C. St., SE, Ste. 4
Washington, D.C.  20003
(202) 546-5493

Attorney for Ms. Mary Williams

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____

MARY E. WILLIAMS,
     Plaintiff,
v.                                       Civil Action No. 06 0409
                                                              RBW
GORDON R. ENGLAND, Secretary,
     DEPARTMENT OF THE NAVY,
     Defendant.
_____
```

## ORDER

Upon Consideration of Ms. Williams' Motion for Enlargement and Leave to File, any response and a review of the file, it appears that the Motion should be and hereby is, GRANTED. Ms. Williams' Time for Response to the Court's Order to Show Cause is Enlarged by One Day and Leave is Granted for filing her pending Motions to Enlarge.

SO ORDERED, this \_\_\_\_ day of _____, 2006.

_____
Reggie B. Walton
United States District Judge