UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

MARY E. WILLIAMS,
    Plaintiff,
v.                                            Civil Action No. 06 0409
                                                                       RBW
GORDON R. ENGLAND, Secretary,
    DEPARTMENT OF THE NAVY,
    Defendant.

---

<u>Mary Williams' Agreement to Transfer Venue to
United States District Court, Greenbelt, MD.</u>

1. Ms. Williams has filed this suit and served the defendant in this case.

2. The defendant has moved to Transfer Venue to United States District Court for Maryland on the basis that the employment actions in this case took place in Bethesda, Md., while the employment records in the case are located in Silverdale, Washington.

3. Ms. Williams agrees that the employment actions in this case took place in Bethesda, Md., and that the employment records in this case are likely located either in Bethesda, Md. or in Silverdale, Md.

4. Pursuant to 42 U.S.C. 2000e-5(f)(3), therefore, Ms. Williams agrees that therefore the most appropriate venue for this case is likely the United States District Court for Bethesda, Md. This particular United States District Court is located in Greenbelt, Md.

WHEREFORE, PREMISES CONSIDERED, Ms. Williams consents to Defendant's Motion to Transfer Venue to the extent of consenting to transfer of venue of this case to the United States District

Court, located in Greenbelt Md.

Dec. 22, 2006

                              Respectfully submitted,

                              /s/

_____

Brian C. Plitt, Attorney at Law

1239 C. St., SE, Ste. 4
Washington, D.C. 20003
(202) 546-5493

Attorney for Ms. Mary Williams

<u>Statement of Points and Authorities</u>: 42 U.S.C. 2000e-5(f)(3)

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
MARY E. WILLIAMS,
     Plaintiff,
v.                                     Civil Action No. 06 0409
                                                            RBW
GORDON R. ENGLAND, Secretary,
     DEPARTMENT OF THE NAVY,
     Defendant.
_____
```

                                ORDER

Upon Consideration of Defendant's Motion to Transfer Venue, Ms. Williams' Agreement to Transfer Venue to the United States District Court, Greenbelt, Md, any response and a review of the file, it appears that the Motion should be and hereby is, GRANTED. It is ORDERED that this case hereby is TRANSFERRED to the United States District Court for Maryland, located in Greenbelt, Md.

SO ORDERED, this ____ day of _____, 2006.

                                    _____
                                    Reggie B. Walton
                                    United States District Judge