UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GORDON R. ENGLAND, Secretary, )<br>Department of the Navy )<br>)<br>Defendant. )<br>) | Civil Action No. 06-409 (RBW) |

**ORDER**

The plaintiff, a former accounting technician at the Naval Medical Information Management Center in Bethesda, Maryland, filed this action on March 6, 2006, alleging discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. (2000), as well as several violations of the Family and Medical Leave Act of 1993, 29 U.S.C. §§ 2601 et seq. (2000), and the District of Columbia Family and Medical Leave Act, D.C. Code §§ 32-501 et seq. (2001).  On October 25, 2006, the defendant moved to transfer this matter to the United States District Court for the District of Maryland, arguing that (1) "all the events leading up to the alleged unlawful dismissal occurred in Bethesda, Maryland";  and (2) the plaintiff "would still be employed at the Bethesda location, but for [her] supervisor's initial proposal to remove her."  Memorandum of Points and Authorities in Support of Defendant's Motion for Transfer of Venue at 3-4; see Declaration of Richard H. Greenberg ¶¶ 5-8 (stating, inter alia, that "[a]ll of the employment decisions[,] including the decision to remove [the plaintiff] from her duties[,] were made by the management at Bethesda, Maryland"); see also 28

U.S.C. § 1391(e) (2000) (general venue provision); 42 U.S.C. § 2000e-5(f)(3) (2000) (venue provision for Title VII). On January 29, 2007, the plaintiff stated that she does not oppose the defendant's motion to transfer venue. Mary Williams' Agreement to Transfer Venue to United States District Court, Greenbelt, MD at 1. Moreover, it is abundantly clear to this Court, for the reasons stated in that motion, that venue in this action is appropriate in the District of Maryland and not the District of Columbia. The Court will therefore transfer this action to the United States District Court for the District of Maryland. Accordingly, it is hereby

**ORDERED** that the defendant's unopposed motion to transfer venue is GRANTED. This matter shall be transferred to the United States District Court for the District of Maryland.

**SO ORDERED** this 30th day of January, 2007.

REGGIE B. WALTON
United States District Judge